# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1983

_____

Kyle Larson; School Service Employees   *
Union Local 284,   *
  *
              Appellants,   *
  *
      v.   *
  *  Appeal from the United States
Rod Kesti; Kenneth Dragseth; Board   *  District Court for the District
of Education, of Independent School   *  of Minnesota.
District No. 273 (Edina); Idith Almog;   *
Frank Bennett; Ruth Gough; Suzanne   *      [UNPUBLISHED]
Knelman; Phyllis Kohler; Eileen Supple,   *
individually and as members of the   *
Board of Education of Independent   *
School District No. 273; Independent   *
School District No. 273, Edina,   *
  *
              Appellees.   *

_____

Submitted: October 21, 1999
Filed: October 28, 1999

_____

Before MORRIS SHEPPARD ARNOLD, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

      Kyle Larson and School Service Employees Union Local 284 appeal the district court's adverse grant of summary judgment in Larson's employment-related civil rights

action.  Larson and his union contend that Larson's termination from his school bus driver position while he was covered by a collective bargaining agreement violated Larson's constitutionally protected property and liberty interests without due process of law.  Having considered the record in the context of the appellants' contentions, we are satisfied that no error of law appears in the district court's ruling.  Because the parties' submissions show they are thoroughly familiar with the issues before the court, we believe that an extended discussion about the district court's well-reasoned application of the controlling law in the framework of a case that is unique to these parties would serve no useful precedential purpose.  We believe the district court is correct and the record supports the district court's ruling.  We thus affirm on the basis of the district court's memorandum opinion and order.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.